ENTERED
_____ LOGGED _____ RECEIVED

| | | |
|---|---|---|
| EFREM Z. COLES | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| v. | * | FOR |
| CRICKET WIRELESS, LLC | * | PRINCE GEORGE'S COUNTY |
| Defendant | * | Case No. CAL 14-17810 |

SEP 8 2014

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY                                    DEPUTY

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF FEDERAL REMOVAL

Defendant, Cricket Wireless, LLC, has filed the attached Notice of Removal with the United States District Court for the District of Maryland, 101 West Lombard Street, Baltimore, Maryland 21201.

Pursuant to 28 U.S.C. §1446(d), the Clerk is to effect removal, and the Circuit Court for Prince George's County shall proceed no further unless and until the case is remanded.

Margaret Fonshell Ward
Ward & Herzog, LLC
102 W. Pennsylvania Avenue, Suite 401
Baltimore, MD 21204
410-296-1573
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on this 5th day of September, 2014, a copy of the foregoing

Notice of Removal was mailed, first class, postage prepaid, to James E. Farmer, Law Offices of

James F. Farmer, P.A., 3475 Leonardtown Road, Suite 200, Waldorf, Maryland 20601, *Attorney*

*for Plaintiff.*

_____

Margaret Fonshell Ward